Dumar Harper #1171916
Marion Correctional Treatment Center
110 Wright Street
Marion, Virginia 24354



RECEIVED
AUG 22 2018
Marion Correctional
Treatment Center

United States District Court
Eastern District of Virginia
701 East Broad Street
Suite 300
Richmond, Virginia
23219-3528

OFFENDER CORRESPONDENCE
Marion Correctional Treatment Center
RECEIVED
AUG 22 2018
THE VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED NOR INSPECTED THIS
ITEM. THE DEPARTMENT ASSUMES NO
RESPONSIBILITY FOR ITS CONTENTS.