# PRISONERS DATABASE



MAIN PAGE

**All Records for Dumar Malik Harper**

| RecordID | PrisonerID | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29812 | 1171916 | 2018-08-29 | Hilton | 2018-08-24 | 1 | 18 | cv | 9999 | 42:1983pr | | |
| TOTAL RECORDS:1 | | | | | | | | | | | |